# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROY HUNT, | : | No. 4:16-CV-01729 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| POTTER COUNTY, | : | |
| GLENN C. DRAKE, II, | : | |
| SUSAN KEFOVER, | : | |
| PAUL HEIMEL, | : | |
| DOUGLAS MORLEY, | : | |
| ANGELA MILFORD, | : | |
| Defendants. | : | |

## ORDER

**MAY 17, 2017**

In accordance with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the Complaint is DENIED. ECF No. 7.

2. Defendants shall file an answer to the complaint on or before June 7, 2017.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge