## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROY HUNT,

     Plaintiff.

    v.

POTTER COUNTY, *et al.*,

     Defendants.

No. 4:16-CV-01729

(Judge Brann)

## ORDER

### NOVEMBER 5, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendants' Motion for Summary Judgment, ECF No. 22 is **GRANTED**.

2.    The Clerk of Court is directed to enter judgment in favor of Defendants Potter County, Glenn C. Drake, II, Susan Kefover, Paul Heimel, Douglas Morley, and Angela Milford, and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge