# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROY HUNT, | No. 4:16-CV-01729 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GLENN C. DRAKE II, SUSAN KEFOVER, PAUL HEIMEL, DOUGLAS MORLEY, and ANGELA MILFORD, | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of June 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion in Limine (Doc. 53) is **GRANTED IN PART**, **DENIED IN PART**, and in part deferred to trial.

2. Defendants' Motion in Limine (Doc. 55) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge